Revised 03/06 WDNY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FILED
DEC 27 2016
MARY C. LOEWENGUTH CLERK
WESTERN DISTRICT OF NY

FORM TO BE USED IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983
(Prisoner Complaint Form)

16 ▮▮ CV1042 A

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

**A.      Full Name And Prisoner Number of Plaintiff: NOTE:** *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1. michaEL Jamal Williams #1081768
2. _____

-VS-

**B.      Full Name(s) of Defendant(s) NOTE:** *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. Scott Perry                          4. ▮▮▮▮ Sgt. Patchen
2. Timothy ▮▮▮ maWHiB           5. _____
3. B. Long                              6. _____

## 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION  NOTE:** *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: Michael Jamal Williams # 1081768

Present Place of Confinement & Address: Green Haven Correctional Facility

P.o. Box 4000

▮▮▮ ▮▮▮ Stormville, New York 12582-4000

Name and Prisoner Number of Plaintiff: _____

Present Place of Confinement & Address: _____

DEFENDANT'S INFORMATION NOTE: *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant: Scott Perry

(If applicable) Official Position of Defendant: Correctional officer

(If applicable) Defendant is Sued in _____ Individual and/or __X__ Official Capacity

Address of Defendant: Elmira Corr. Fac. 1879 Davis Street
Elmira, N.y. 14901-0500

Name of Defendant: Timothy Mawhir

(If applicable) Official Position of Defendant: Correctional ~~corr~~ officer

(If applicable) Defendant is Sued in _____ Individual and/or __X__ Official Capacity

Address of Defendant: Elmira Corr. Fac. 1879 Davis Street
Elmira, N.y. 14901-0500

Name of Defendant: Belong

(If applicable) Official Position of Defendant: _____

(If applicable) Defendant is Sued in _____ Individual and/or __X__ Official Capacity

Address of Defendant: Elmira Corr. Fac. 1879 Davis Street
Elmira, N.y. 14901-0500

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.    Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action?**
      Yes_____    No_X_

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.    Name(s) of the parties to this other lawsuit:

      Plaintiff(s):_____

      Defendant(s):_____

      _____

2.    Court (if federal court, name the district; if state court, name the county):_____

      _____

3.    Docket or Index Number:_____

4.    Name of Judge to whom case was assigned:_____

Continued from Pg. #2 ...
Defendant's Information:
Name of Defendant: Sgt. Patchen
Official Position of Defendant: ~~Lieutenant~~ Sergant
Defendant is Sued in ___ individual and/or _X_ official capacity
Address of Defendant: Elmira Corr. fac. 1879 Davis Street
Elmira, N.Y. 14901-0500

5.    The approximate date the action was filed:_____

6.    What was the disposition of the case?

        Is it still pending?  Yes_____  No_____

              If not, give the approximate date it was resolved._____

        Disposition (check the statements which apply):

           _____ Dismissed (check the box which indicates why it was dismissed):

                _____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

                _____ By court for failure to exhaust administrative remedies;

                _____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

                _____ By court due to your voluntary withdrawal of claim;

           _____ Judgment upon motion or after trial entered for

              _____ plaintiff

              _____ defendant.

B.    Have you begun **any other lawsuits** in **federal court** which **relate to your imprisonment**?

        Yes_X_  No_____

If Yes, complete the next section. NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment, use this same format to describe the other action(s) on another sheet of paper.*

1.    Name(s) of the parties to this other lawsuit:

        Plaintiff(s): Michael Jamal Williams #10B1768

        Defendant(s): C.O. Kevin Grover, C.O. VanWar

2.    District Court: Western District Court

3.    Docket Number: 12-cv-1147

4.    Name of District or Magistrate Judge to whom case was assigned: Hon. H. Kenneth Schroeder, Jr.

5.    The approximate date the action was filed: December 2012

6.    What was the disposition of the case?

        Is it still pending?  Yes_____  No_X_

              If not, give the approximate date it was resolved. 9/14/2016

3

Disposition (check the statements which apply):

___X__ Dismissed (check the box which indicates why it was dismissed):

_____    By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

_____    By court for failure to exhaust administrative remedies;

_____    By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

_____    By court due to your voluntary withdrawal of claim;

___X__ Judgment upon motion or after trial entered for

_____ plaintiff

___X__ defendant.

## 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983. (This list does not include **all** possible claims.)

- Religion
- Free Speech
- Due Process
- Equal Protection
- Access to the Courts
- False Arrest
- Excessive Force
- Failure to Protect
- Search & Seizure
- Malicious Prosecution
- Denial of Medical Treatment
- Right to Counsel

**Please note that** it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, tell the story of what happened to you but do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995). **Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

## Exhaustion of Administrative Remedies

Note that according to **42 U.S.C. § 1997e(a)**, "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prison er confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

You must provide information about the extent of your efforts to grieve, appeal, or otherwise exhaust your administrative remedies, and you must attach copies of any decisions or other documents which indicate that you have exhausted your remedies for each claim you assert in this action.

4

A. **FIRST CLAIM:** On (date of the incident) 12/8/2015 ,
defendant (give the **name and position held** of **each defendant** involved in this incident) Scott Perry, C.O. Timothy Mawhir, C.O. & B. Long, C.O. & Patchen Sgt.

did the following to me (briefly state what each defendant named above did): Enterd my cell & physically assaulted me striking my Body with closed fists & Batons. Such C.O.'s then Brought me out of my cell continueing such Assault. C.O. Scott Perry then orderd C.O.'s Timothy mawhir & B.Long to hold me while he (S.Perry) struck me in my face with closed fist punches Breaking my Left orBital flooring & attempted to push me down a flight of stairs. Such Assault was orderd By Sgt. Patchen. To cover C.O.'s wrong doings C.O. T. mawhir filed a false misBehavior report charging me with Assault on staff & other false charges.
The constitutional basis for this claim under 42 U.S.C. § 1983 is: Excessive Force / Eighth Amendment & ~~Equal~~ Fourteenth Amendment

The relief I am seeking for this claim is (briefly state the relief sought): $4,000,000 in Punitive damages, & $600,000 in Compasatine damages... Totaling a sum of $4,600,000

### Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim?  X  Yes _____ No  If yes, what was the result? Such Grievance was forwarded to the Superintendent for an investigation.
Did you appeal that decision?  X  Yes _____ No  If yes, what was the result? A unfavorable decision on Behalf of the Grievant.

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: _____

_____

_____

A. **SECOND CLAIM:** On (date of the incident) _____ ,
defendant (give the **name and position held** of **each defendant** involved in this incident) _____

_____

_____

did the following to me (briefly state what each defendant named above did): _____

_____

_____

_____

_____

_____

_____

_____

_____

The constitutional basis for this claim under 42 U.S.C. § 1983 is: _____

_____

The relief I am seeking for this claim is (briefly state the relief sought): _____

_____

_____

### Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? _____ Yes _____ No   If yes, what was the result? _____

_____

Did you appeal that decision? _____ Yes _____ No   If yes, what was the result? _____

_____

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: _____

_____

**If you have additional claims, use the above format and set them out on additional sheets of paper.**

### 6. RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

$4,000,000 in Punitive Damages, $ $600,000 in Compensative Damages... Totaling a sum of $4,600,000

Do you want a jury trial? Yes _X_ No_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____12/12/2016_____

(date)

NOTE: *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

Signature(s) of Plaintiff(s)

7

WILLIAMS, M                    10B1768                    HS JS G19

# Elmira Correctional Facility
# Inmate Grievance Department

## GRIEVANCE:          EL45-471-16

The above Grievance has been received and filed.

_____ Your Grievance has been received and filed. The I.G.R.C. has 16 calendar days, from the date filed, to have a hearing. Therefore, the above Grievance is due for a hearing by **01/22/16** If you do not receive a Grievance hearing by this date, you may appeal this Grievance to the Superintendent or wait to have a hearing and grant an extension.

X                                    *FiLED 01/06/16*

_____Your Grievance has been filed Staff Conduct (Code #49), strip search (Code #25.1), strip frisk (25.2) and has been forwarded to the Superintendent for an investigation and a response within (25) calendar days from the date filed, in accordance with Directive #4040.

**NOTE: Harassment Grievance's have to be responded to within (25) calendar days.**
You will not receive a Grievance hearing, but will receive a copy of the Superintendents Response. If the Superintendents Response is beyond the applicable time frame, you may forward your Grievance to C.O.R.C., by informing the I.G.R.C.

---

Please check the appropriate area and send to the I.G.R.C.

**Grievance:    EL45- 471-16**

_____          *Appeal to the Superintendent as Grievance is untimely.

_____          *Being informed of the above, I would still like to have an I.G.R.C. Hearing.

_____          *I am keeplocked under 30 days. Please hold my hearing in abeyance.

_____          The Superintendent Response is untimely, pass through to the C.O.R.C.

* Not for codes 49, 25.1, 25.2

| | | | |
|---|---|---|---|
| NAME | DIN | CELL | DATE |

(49) Assaulted by staff

INMATE GRIEVENCE

ELMIRA CORR. FAC.    MICHAEL J. WILLIAMS #1061768    CELL LOC. HS.15.619

DATE: 1/4/16    {645-471-16}

DESCRIPTION OF INCIDENT: ON 12/8/15 WHILE HOUSED IN I.5.6 I WAS

ASSAULTED BY A COUNTLESS NUMBER OF CORRECTIONAL OFFICERS WHO

WERE INSTRUCTED BY Sgt. PATCHEN to ASSAULT ME. CORRECTIONAL

OFFICERS OPENED & ENTERED MY CELL WHERE I WAS ASSAULTED.

CORRECTIONAL OFFICER S. PERRY STRUCK ME IN MY FACE WITH

CLOSED FIST PUNCHES FRACTURING MY LEFT ORBITAL FLOOR WHICH

REQUIRED RECONSTRUCTIVE SURGERY. I WAS REMOVED FROM THE

CELL & BROUGHT OFF THE COMPANY WHERE C.O. S. PERRY CONTINUED TO

ASSAULT ME & ATTEMPTED TO PUSH ME DOWN A FLIGHT OF STAIRS.

TO COVER CORRECTIONAL OFFICERS WRONG DOING OF ASSAULT
C.O. T. MAWHIR FILED A FALSE MISBEHAVIOR REPORT CHARGING ME
WITH ASSAULT ON STAFF & OTHER FALSE CHARGES.

_Michael J. Williams_

ACTION REQUESTED BY INMATE: THE ABOVE-MENTIONED INCIDENT TO
 BE INVESTIGATED BY THE INSPECTOR GENERAL'S OFFICE, & FOR SAID
C.O.'S TO BE DISCIPLINED & FOR C.O.'S TO REFRAME FROM ANY FORMS
OF RETALIATION

January 9th, 2016

Inmate Grievence Resolution Committee,

Such Late filing of Inmate Grievence is due to me
Being Housed in the Hospital for Surgery & Recovery.
Under Such Circumstances I Request that A time extion
Be granted to Excuse Such Late filing. Extension

Extension
Granted 1/6/15

Sincerly
Michael williams #1061768

Michael Jamal Williams #10B1768
Green Haven Correction Facility
P.O. Box 4000
Stormville, New York 12582-4000

United States Distric
200 U.S. Cou
2 Niagara Sq
Buffalo, New York

Legal Mail

GREEN HAVEN
CORRECTIONAL
FACILITY

12/20/2016
$003.02⁰

ZIP 12582
041L11258010

SDC-WDNY

C 27 2016

BUFFALO

t Court Clerk
rthouse

uare

14202-3498

JS 44 (Rev. 11/15)  **CIVIL COVER SHEET**  **16 ∙ CV1042**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** Michael J. Williams #10B1768

**DEFENDANTS** Scott Perry, Timothy Mawhiri, B. Long, Sgt. Patchew

(b) County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question *(U.S. Government Not a Party)*
☐ 2 U.S. Government Defendant
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | **PERSONAL INJURY** | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | ☐ 840 Trademark | ☐ 460 Deportation |
| | | **PERSONAL PROPERTY** | **LABOR** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | **IMMIGRATION** | | |
| | | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☒ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: 42 U.S.C. § 1983
Brief description of cause: Civil Rights

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 4,600,000
CHECK YES only if demanded in complaint: JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY**
*(See instructions):* JUDGE Hon. H. Kenneth Schroeder  DOCKET NUMBER 12-cv-147

DATE 12/12/2016  SIGNATURE OF ATTORNEY OF RECORD Michael Williams "Pro Se"

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____