UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

**MICHAEL JAMAL WILLIAMS,**

                      **Plaintiff,**

v.                                                                                                         16-CV-1042A(Sr)

**SCOTT PERRY,** *et al.*,

                      **Defendants.**

---

## DECISION AND ORDER

**Whereas**, Matthew J. Smith, Esq., Rupp, Baase, Pfalzgraf & Cunningham LLC. Has been appointed to represent plaintiff in this matter, *pro bono,;* and

**Whereas**, this matter is ready for trial;

**It Is Hereby Ordered,** that the New York State Department of Corrections and Community Supervision ("NYSDOCCS"), permit counsel to communicate with plaintiff, Michael Jamal Williams, DIN # 10-B-1768, by legal calls which exceed the frequency and duration limitations set forth in NYSDOCCS directives, at mutually agreed upon dates and times, subject to the reasonable administrative needs of the facility at which plaintiff resides.

      **SO ORDERED.**

**DATED:**    Buffalo, New York
              September 9, 2019

                                             *s/ H. Kenneth Schroeder, Jr.*
                                             **H. KENNETH SCHROEDER, JR.**
                                             **United States Magistrate Judge**